# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRIAN KREUZIGER,<br><br>       Plaintiff,<br><br>v.<br><br>MILWAUKEE COUNTY and<br>MILWAUKEE METROPOLITAN<br>SEWERAGE DISTRICT,<br><br>       Defendants. | Case No. 19-CV-1747-JPS<br><br><br>**OSRDER** |

  On January 21, 2022, Defendants filed a motion pursuant to Civil Local Rule 7(h) to extend the February 11, 2022 deadline for summary judgment. (Docket #43). Defendants explain that an extension is necessary because Plaintiff, whose deposition has yet to be taken, is unvaccinated, has been exposed to COVID-19, and has no means of conducting a deposition remotely. (*Id.* at 1–2). The motion to extend time was accompanied by a motion to restrict various related documents given the sensitive personal information disclosed therein. (Docket #45). On January 25, 2022, Plaintiff filed a response in which he also moved to restrict the documents related to plaintiff's medical history, (Docket #46 at 1), and did not oppose the extension of time, (*id.* at 2).

  Federal Rule of Civil Procedure 6(b)(1)(A) permits the Court to extend time for good cause if a motion is made before the original time expires. The Court finds that the parties' explanation about the inability to conduct Plaintiff's deposition constitutes sufficient good cause to grant the extension. The summary judgment deadline will be extended to March 14,

2022 in order to accommodate Plaintiff's deposition, which is currently scheduled for February 14, 2022.

Both parties also seek clarification regarding how the case can be expected to proceed to trial in April 2022 given the Court's now well-known COVID-19 protocol (which have yet to be issued in this case) and Plaintiff's lack of vaccination against COVID-19. The Court will issue an order containing its COVID-19 protocol, which explain that all individuals must be vaccinated before an in-person court appearance unless they can provide recent documentation of a medical exemption. The parties are invited to study these requirements.

Accordingly,

**IT IS ORDERED** that the motion to enlarge time to file a motion for summary judgment (Docket #43) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the dispositive motion cutoff deadline be and the same is hereby extended to **March 14, 2022**; and

**IT IS FURTHER ORDERED** that the motion to restrict (Docket #45) be and the same is hereby **GRANTED**.

Dated at Milwaukee, Wisconsin, this 1st day of February, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge