# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

BRIAN KREUZIGER,

        Plaintiff,

v.

MILWAUKEE COUNTY and
MILWAUKEE METROPOLITAN
SEWERAGE DISTRICT,

        Defendants.

Case No. 19-CV-1747-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants Milwaukee County and Milwaukee Metropolitan Sewerage District's motion for summary judgment, ECF No. 68, be and the same is hereby **GRANTED**;

    **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Brian Kreuziger's motion for partial summary judgment, ECF No. 72, be and the same is hereby **DENIED**; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

|  |  |
|---|---|
| July 29, 2022 | GINA M. COLLETTI<br>Clerk of Court<br>*s/ Jodi L. Malek* |
| Date | By: Deputy Clerk |